United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L&M VENTURES, et al., | No. C-10-05764 (DMR) |
| Plaintiffs, | **ORDER VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS PENDING CONSENT TO JURISDICTION OF MAGISTRATE JUDGE** |
| v. | |
| TRAVELERS CASUALTY, et al., | |
| Defendants. | |
| _____/ | |

On February 1, 2011, Defendant Lipscomb & Pitts Insurance Agency, LLC, filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12. *See* Docket No. 4. Defendant noticed a hearing on the Motion to Dismiss for March 10, 2011 at 11:00 a.m.

Pursuant to 28 U.S.C. § 636, a signed consent to the jurisdiction of the Magistrate Judge must be filed by each party before consideration of any dispositive motion. All parties in the above-captioned case have not filed a signed consent to proceed before a Magistrate Judge. Accordingly, the hearing on Defendant's Motion to Dismiss set for March 10, 2011 is hereby VACATED. Upon the filing of signed consents by all parties to the action, the Court will issue an order resetting the hearing. If a declination is filed, the case will be immediately reassigned to an Article III District Judge.

IT IS SO ORDERED.



1
2  Dated: February 3, 2011
3
4



DONNA M. RYU
United States Magistrate Judge