UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L&M VENTURES, et al., | No. C-10-05764 (DMR) |
|     Plaintiffs, | **ORDER REGARDING DEADLINE TO CONSENT TO JURISDICTION OF MAGISTRATE JUDGE** |
|     v. | |
| TRAVELERS CASUALTY, et al., | |
|     Defendants. | |

On February 1, 2011, Defendant Lipscomb & Pitts Insurance Agency, LLC, filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12. *See* Docket No. 4. Pursuant to 28 U.S.C. § 636, a signed consent to the jurisdiction of the Magistrate Judge must be filed by each party before consideration of any dispositive motion. Accordingly, the Court vacated the hearing date on the Motion to Dismiss pending the filing of signed consents by all parties to the jurisdiction of a Magistrate Judge. *See* Docket No. 5.

To date, all parties in the above-captioned case have not filed a signed consent to proceed before a Magistrate Judge. All parties which have not yet done so are hereby ordered to file a consent or declination form within seven (7) calendar days of the date of this notice, indicating whether they consent to the jurisdiction of the Magistrate Judge in this matter. If the parties do not consent, the case will be immediately reassigned to an Article III District Judge.

**United States District Court**
For the Northern District of California

1    IT IS SO ORDERED.

3    Dated: February 10, 2011

_____
DONNA M. RYU
United States Magistrate Judge

*IT IS SO ORDERED — Judge Donna M. Ryu*