IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L&M VENTURES LLC ET AL, | No. C 10-05764 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA ET AL, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: December 9, 2011 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is February 24, 2012.

DESIGNATION OF EXPERTS: Pltf 3/23/12; Deft 4/13/12 REBUTTAL: 4/27/12.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is May 31, 2012 .

DISPOSITIVE MOTIONS **SHALL** be filed by June 15, 2012 ;

Opp. Due June 29, 2012 ; Reply Due July 6, 2012;

and set for hearing no later than July 20, 2012 at 9:00 AM.

PRETRIAL CONFERENCE DATE: August 14, 2012 at 3:30 PM.

JURY TRIAL DATE: August 27, 2012 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties shall participate in private mediation prior to the end of November 2011.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 5/27/11

SUSAN ILLSTON
United States District Judge