Mark G. Lerner, Esq. (SBN 105966)
mlerner@lernermcdonald.com
John C. Scholz, Esq. (SBN 196054)
jscholz@lernermcdonald.com
LERNER & McDONALD
5 Hutton Centre Drive, Suite 1025
Santa Ana, California 92707
(714) 850-9000

Attorneys for Plaintiffs
L&M VENTURES, LLC,
STUART LERNER, and
BLUE CHIP III, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L&M VENTURES, LLC, a California Limited Liability Company; STUART LERNER, an individual; and BLUE CHIP III, LLC, a Mississippi Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, a Connecticut Corporation; LIPSCOMB & PITTS INSURANCE AGENCY, LLC, a Delaware Limited Liability Company; and DOES 1 to 500, inclusive,<br><br>Defendants. | CASE NO. CV 10 5764 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND ADR COMPLETION** |

///
///
///
///
///
///
///
///
///

**STIPULATION AND [PROPOSED] ORDER EXTENDING
ADR COMPLETION DATE (CASE NO. CV 10 5764 SI)**

1  Counsel for Plaintiffs L&M VENTURES, LLC, a California Limited Liability Company, STUART LERNER, an individual, and BLUE CHIP III, LLC, (collectively "Plaintiffs"), as well as Defendant TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA ("Travelers") and Defendant LIPSCOMB & PITTS INSURANCE AGENCY, LLC ("Lipscomb") hereby stipulate to extend the ADR completion deadline as follows:

   1. Each of the parties herein have exchanged written discovery and produced substantial documentation in response to requests for production. Lipscomb has requested that dates for depositions be provided and the parties are in the process of scheduling numerous depositions to take place over the next several months. Many, if not most, of the depositions necessary in this case are outside the State of California.

   2. The underlying state court action filed in Cape Girardeau, Missouri ("Missouri Action") named as defendants therein each of the three (3) Plaintiffs, together with other parties. After Plaintiffs, in the Missouri Action, filed their Third Amended petition, Travelers has recently agreed to defend Lerner in his capacity as an agent of Blue Chip II, LLC and as an agent of Blue Chip Recycling, LLC (but not individually or in any other capacity) under a reservation of rights. Plaintiffs' position is that the issues in the Missouri Action may have a significant effect on the issues in the instant action. Plaintiffs represent that the parties in the Missouri Action have already been to two (2) different mediation sessions and Plaintiffs report that progress has been made toward reaching a settlement.

   3. The Parties previously agreed to utilize private mediation with JAMS or the equivalent with either a private judge or experienced attorney selected by the Parties and that the mediation would be completed by November 30, 2011. Due to the failure to complete depositions of key witnesses, the Parties agreed that it is premature to have a meaningful mediation on all of the issues. Further, Lipscomb believes that Plaintiffs' damages, if any, are not ascertainable at this time and this suit is premature.

   4. The parties hereto believe that they can complete key depositions and complete a meaningful ADR session on or before March 31, 2012.

///

///

5. There are no other changes to the Court's prior Case Management Conference Order of May 27, 2011.

DATED: December __, 2011          LERNER & McDONALD

                                  By:_____
                                     MARK G. LERNER
                                     JOHN C. SCHOLZ
                                     Attorneys for Plaintiffs
                                     L&M VENTURES, LLC, STUART LERNER and
                                     BLUE CHIP III, LLC

DATED: December __, 2011          LITCHFIELD CAVO, LLP

                                  By:_____
                                     EDWARD D. VAISBORT, ESQ.
                                     TERRY M. WEYNA, ESQ.
                                     Attorneys for Defendant
                                     TRAVELERS CASUALTY & SURETY COMPANY
                                     OF AMERICA

DATED: December __, 2011          GOFFSTEIN, RASKAS, POMERANTZ, KRAUS &
                                  SHERMAN, LLC

                                  By:_____
                                     SANFORD GOFFSTEIN, ESQ.

                                          -and-

                                  CRESSWELL, ECHEGUREN, RODGERS & NOBLE
                                  Attorneys for Defendant
                                  LIPSCOMB & PITTS INSURANCE AGENCY, LLC

## ORDER

Pursuant to the Stipulation above, the private ADR session previously scheduled to be completed by November 30, 2011, has been extended until _____, 2012.

IT IS SO ORDERED.

DATED:_____          _____
                                        UNITED STATES DISTRICT JUDGE

5. There are no other changes to the Court's prior Case Management Conference Order of May 27, 2011.

DATED: December __, 2011     LERNER & McDONALD

By:_____
MARK G. LERNER
JOHN C. SCHOLZ
Attorneys for Plaintiffs
L&M VENTURES, LLC, STUART LERNER and BLUE CHIP III, LLC

DATED: December 2, 2011     LITCHFIELD CAVO, LLP

By:_____
EDWARD D. VAISBORT, ESQ.
TERRY M. WEYNA, ESQ.
Attorneys for Defendant
TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA

DATED: December __, 2011     GOFFSTEIN, RASKAS, POMERANTZ, KRAUS & SHERMAN, LLC

By:_____
SANFORD GOFFSTEIN, ESQ.

-and-

CRESSWELL, ECHEGUREN, RODGERS & NOBLE
Attorneys for Defendant
LIPSCOMB & PITTS INSURANCE AGENCY, LLC

## ORDER

Pursuant to the Stipulation above, the private ADR session previously scheduled to be completed by November 30, 2011, has been extended until _____, 2012.

IT IS SO ORDERED.

DATED:_____     _____
UNITED STATES DISTRICT JUDGE

5. There are no other changes to the Court's prior Case Management Conference Order of May 27, 2011.

DATED: December __, 2011        LERNER & McDONALD

By:_____
MARK G. LERNER
JOHN C. SCHOLZ
Attorneys for Plaintiffs
L&M VENTURES, LLC, STUART LERNER and BLUE CHIP III, LLC

DATED: December __, 2011        LITCHFIELD CAVO, LLP

By:_____
EDWARD D. VAISBORT, ESQ.
TERRY M. WEYNA, ESQ.
Attorneys for Defendant
TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA

DATED: December __, 2011        GOFFSTEIN, RASKAS, POMERANTZ, KRAUS & SHERMAN, LLC

By: *Sanford Goffstein* (signature)
SANFORD GOFFSTEIN, ESQ.

-and-

CRESSWELL, ECHEGUREN, RODGERS & NOBLE
Attorneys for Defendant
LIPSCOMB & PITTS INSURANCE AGENCY, LLC

## ORDER

Pursuant to the Stipulation above, the private ADR session previously scheduled to be completed by November 30, 2011, has been extended until __3/31__, 2012.

IT IS SO ORDERED.

DATED: __12/6/11__

_____
UNITED STATES DISTRICT JUDGE