**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| L&M VENTURES, LLC, et al., | No. C 10-05764 SI |
|---|---|
| Plaintiffs, | **ORDER REQUIRING STATUS REPORT** |
| v. | |
| TRAVELERS CASUALTY & SURETY CO. OF AM., et al., | |
| Defendants. | |
| _____/ | |

In January, 2012 the parties requested and were granted a stay of this action, pending resolution of a related Missouri state court action. Nothing has been reported to this Court since.

**The parties are ORDERED to provide a Joint Status Report, to be filed no later than June 15, 2012**, indicating what the current status of the Missouri action is, when it is anticipated that the Missouri action will be completed, and when the parties contemplate completing litigation of the instant federal court case.

**IT IS SO ORDERED.**

Dated: May 31, 2012

_____
SUSAN ILLSTON
United States District Judge