**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

L&M VENTURES, LLC, et al.,                         No. C 10-05764 SI

      Plaintiffs,                              **ORDER REQUIRING STATUS REPORT**

  v.

TRAVELERS CASUALTY & SURETY CO.
OF AM., et al.,

      Defendants.
                                       /

      In January, 2012 the parties requested and were granted a stay of this action, pending resolution of a related Missouri state court action.  The last status report filed in this action, dated June 14, 2012, stated that the Missouri action was still pending and that a mediation session in the action was scheduled for August 14, 2012.  Nothing has been reported to this Court since that time.

      **The parties are ORDERED to provide a Joint Status Report, to be filed no later than November 26, 2012**, indicating what the current status of the Missouri action is, when it is anticipated that the Missouri action will be completed, and when the parties contemplate completing litigation of the instant federal court case.

      **IT IS SO ORDERED.**

Dated: November 12, 2012

                                SUSAN ILLSTON
                                United States District Judge