Mark G. Lerner, Esq. (SBN 105966)
mlerner@lernermcdonald.com
John C. Scholz, Esq. (SBN 196054)
jscholz@lernermcdonald.com
LERNER & McDONALD
5 Hutton Centre Drive, Suite 1025
Santa Ana, California 92707
(714) 850-9000

Attorneys for Plaintiffs
L&M VENTURES, LLC,
STUART LERNER, and
BLUE CHIP III, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L&M VENTURES, LLC, a California Limited Liability Company; STUART LERNER, an individual; and BLUE CHIP III, LLC, a Mississippi Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, a Connecticut Corporation; LIPSCOMB & PITTS INSURANCE AGENCY, LLC, a Delaware Limited Liability Company; and DOES 1 to 500, inclusive,<br><br>Defendants. | CASE NO.  CV 10 5764 SI<br><br>[~~PROPOSED~~] ORDER GRANTING FURTHER EXTENSION TO FILE JOINT STATUS REPORT |

Plaintiffs, L&M VENTURES, LLC, STUART LERNER, and BLUE CHIP III, LLC, having requested an Order from this Court granting a further extension of time to file a Joint Status Report and good causing appearing therefor, this Court grants Plaintiffs request as follows:

1.   The parties are ORDERED to provide a Joint Status Report to be filed no later than July 15, 2013, indicating what the current status of the Missouri Action is, when it is anticipated that the Missouri Action will be completed, and when the parties

1  contemplate completing litigation of the instant federal court case.

2  **IT IS SO ORDERED.**

3

4  Dated:  5/10/13

SUSAN ILLSTON
United States District Judge