IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L&M VENTURES, LLC, et al., | No. C 10-05764 SI |
| Plaintiffs, | **ORDER REQUIRING STATUS REPORT** |
| v. | |
| TRAVELERS CASUALTY & SURETY CO. OF AM., et al., | |
| Defendants.                              / | |

In January, 2012 the parties requested and were granted a stay of this action, pending resolution of a related Missouri state court action. The last status report filed in this action, dated July 10, 2013, stated that trial of the Missouri action was expected during February, 2014. Nothing has been reported to this Court since that time.

**The parties are ORDERED to provide a Joint Status Report, to be filed no later than March 17, 2014**, indicating what the current status of the Missouri action is and when the parties contemplate completing litigation of the instant federal court case.

**IT IS SO ORDERED.**

Dated: March 5, 2014

_____
SUSAN ILLSTON
United States District Judge