**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L&M VENTURES, LLC, et al., | No. C 10-05764 SI |
| Plaintiffs, | **ORDER REQUIRING STATUS REPORT** |
| v. | |
| TRAVELERS CASUALTY & SURETY CO. OF AM., et al., | |
| Defendants. | |

In January, 2012 the parties requested and were granted a stay of this action, pending resolution of a related Missouri state court action. The last status report filed in this action, dated March 13, 2014, stated that trial of the Missouri action was expected from July 15, 2014 - July 24, 2014, and that no further continuances would be allowed. Nothing has been reported to this Court since that time.

**The parties are ORDERED to provide a Joint Status Report, to be filed no later than September 22, 2014**, indicating what the current status of the Missouri action is and when the parties contemplate completing litigation of the instant federal court case.

**IT IS SO ORDERED.**

Dated: September 10, 2014

SUSAN ILLSTON
United States District Judge