IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L & M VENTURES, LLC, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, et al.,<br><br>      Defendants.<br>_____ / | No. C-10-5764 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER STATUS CONFERENCE is set for September 4, 2015 at 3:00 p.m. Counsel *must* file a joint status conference statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is December 11, 2015.

DESIGNATION OF EXPERTS: October 30, 2015 ; REBUTTAL: November 16, 2015. Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is December 11, 2015.

DISPOSITIVE MOTIONS **SHALL** be filed by January 15, 2016.

    Opp. Due January 29, 2016 ; Reply Due February 5, 2016;

    and set for hearing no later than February 19, 2016 at 9:00 AM.

PRETRIAL CONFERENCE DATE: March 22, 2016 at 3:30 PM.

JURY TRIAL DATE: April 4, 2016 at 8:30 AM., Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _____ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The stay is lifted. Deadline for parties to inform the Court of method of ADR is: May 22, 2015. Mediation to be completed by the end of August 2015.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: April 27, 2015

                                                      SUSAN ILLSTON<br>
                                                      United States District Judge