1  Mark G. Lerner, Esq. (SBN 105966)
   mlerner@lernermcdonald.com
2  John C. Scholz, Esq. (SBN 196054)
   jscholz@lernermcdonald.com
3  LERNER & McDONALD
   5 Hutton Centre Drive, Suite 1025
4  Santa Ana, California 92707
   (714) 850-9000
5
   Attorneys for Plaintiffs
6  L&M VENTURES, LLC,
   STUART LERNER, and
7  BLUE CHIP III, LLC

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 L&M VENTURES, LLC, a California Limited )  CASE NO.  CV 10 5764 SI
   Liability Company; STUART LERNER, an    )
12 individual; and BLUE CHIP III, LLC, a   )
   Mississippi Limited Liability Company,  )  **STIPULATION SELECTING ADR**
13                                         )  **PROCESS**
                   Plaintiffs,             )
14                                         )
           vs.                             )
15                                         )
   TRAVELERS CASUALTY & SURETY             )
16 COMPANY OF AMERICA, a Connecticut       )
   Corporation; LIPSCOMB & PITTS           )
17 INSURANCE AGENCY, LLC, a Delaware       )
   Limited Liability Company; and DOES 1 to)
18 500, inclusive,                         )
                                           )
19                 Defendants.             )
   _____)
20

21         Counsel report that they have met and conferred regarding ADR and have reached the following

22 stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the

23 following ADR process:

24         **Private Process:**

25         __X__          Private ADR *(please identify process and provider)* <u>Private Mediation by either</u>

26                 <u>a retired judge or an experienced attorney to be selected by parties.</u>

27 ///

28 ///

                                                        STIPULATION SELECTING ADR PROCESS
                                                                (CASE NO. CV 10 5764 SI)

The parties agree to hold the ADR session by:

__X__    other requested deadline: August 31, 2015 pursuant to Court's Scheduling Minute Order dated April 24, 2015;

DATED: May 22, 2015

LERNER & McDONALD

By: _____
MARK G. LERNER
JOHN C. SCHOLZ
Attorneys for Plaintiffs
L&M VENTURES, LLC, STUART LERNER and BLUE CHIP III, LLC

DATED: May __, 2015

LITCHFIELD CAVO, LLP

By: _____
EDWARD D. VAISBORT, ESQ.
TALAR TAVLIAN, ESQ.
Attorneys for Defendant
TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA

DATED: May __, 2015

GOFFSTEIN, RASKAS, POMERANTZ, KRAUS & SHERMAN, LLC

By: _____
SANFORD GOFFSTEIN, ESQ.

-and-

CRESSWELL, ECHEGUREN, RODGERS & HARVEY
Attorneys for Defendant
LIPSCOMB & PITTS INSURANCE AGENCY, LLC

1  The parties agree to hold the ADR session by:

2  __X__   other requested deadline: August 31, 2015 pursuant to Court's Scheduling Minute
3  Order dated April 24, 2015;

4  DATED: May 22, 2015                              LERNER & McDONALD

6                                                  By:_____/S/_____
                                                       MARK G. LERNER
7                                                      JOHN C. SCHOLZ
                                                       Attorneys for Plaintiffs
8                                                      L&M VENTURES, LLC, STUART LERNER and
                                                       BLUE CHIP III, LLC

10 DATED: May 20, 2015                             LITCHFIELD CAVO, LLP

12                                                 By:_____
                                                       EDWARD D. VAISBORT, ESQ.
                                                       TALAR TAVLIAN, ESQ.
13                                                     Attorneys for Defendant
                                                       TRAVELERS CASUALTY & SURETY COMPANY
14                                                     OF AMERICA

16 DATED: May __, 2015                             GOFFSTEIN, RASKAS, POMERANTZ, KRAUS &
                                                   SHERMAN, LLC
17

18                                                 By:_____
                                                       SANFORD GOFFSTEIN, ESQ.
19
                                                            -and-
20
                                                   CRESSWELL, ECHEGUREN, RODGERS & HARVEY
21                                                 Attorneys for Defendant
                                                   LIPSCOMB & PITTS INSURANCE AGENCY, LLC

1 | The parties agree to hold the ADR session by:

2 | __X__   other requested deadline: August 31, 2015 pursuant to Court's Scheduling Minute

3 | Order dated April 24, 2015;

4 | DATED: May 22, 2015                    LERNER & McDONALD

By:_____/S/_____
MARK G. LERNER
JOHN C. SCHOLZ
Attorneys for Plaintiffs
L&M VENTURES, LLC, STUART LERNER and BLUE CHIP III, LLC

DATED: May __, 2015                     LITCHFIELD CAVO, LLP

By:_____
EDWARD D. VAISBORT, ESQ.
TALAR TAVLIAN, ESQ.
Attorneys for Defendant
TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA

DATED: May 22, 2015                     GOFFSTEIN, RASKAS, POMERANTZ, KRAUS & SHERMAN, LLC

By: _Sanford Goffstein_____
SANFORD GOFFSTEIN, ESQ.

-and-

CRESSWELL, ECHEGUREN, RODGERS & HARVEY
Attorneys for Defendant
LIPSCOMB & PITTS INSURANCE AGENCY, LLC

IT IS SO ORDERED
/s/ Susan Illston
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA