UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L&M VENTURES LLC, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, et al.,<br><br>    Defendants. | Case No. 10-cv-05764-SI<br><br>**ORDER GRANTING MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>Re: Dkt. No. 64 |

On May 5, 2015, plaintiffs filed a motion to amend their complaint to add additional plaintiffs. Docket No. 64. Defendants do not oppose the motion, and it is therefore **GRANTED**.

The Court notes that it has filed a pretrial scheduling order which sets forth deadlines for discovery, dispositive motions, and trial. Docket No. 63. Plaintiffs have not indicated, and the Court does not anticipate, that the amendment of the complaint will affect any of the outstanding deadlines.

**IT IS SO ORDERED.**

Dated: May 28, 2015

_____
SUSAN ILLSTON
United States District Judge