IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L&M VENTURES LLC ET AL,<br><br>        Plaintiff,<br><br>   v.<br><br>TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA ET AL,<br><br>        Defendant.<br>                                        / | No. C 10-05764 SI<br>**AMENDED**<br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: December 4, 2015 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is December 11, 2015

DESIGNATION OF EXPERTS: 10/30/15 , REBUTTAL: 11/16/15.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is December 11, 2015 .

DISPOSITIVE MOTIONS **SHALL** be filed by January 15, 2016 ;

   Opp. Due January 29, 2016 ; Reply Due February 5, 2016;

   and set for hearing no later than February 29, 2016 at 9:00 AM.

PRETRIAL CONFERENCE DATE: May 10, 2016 at 3:30 PM.

JURY TRIAL DATE: May 23, 2016 at 8:30 AM.,
   Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Counsel shall inform the Court by 9/11/15 of the ADR process they will participate in.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 9/8/15

                                                SUSAN ILLSTON
                                                United States District Judge