AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

L&M Ventures, LLC, et al.
      Plaintiff (s),
V.
Travelers Casualty & Surety Company of America
      Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:10-cv-05764-SI

Notice is hereby given that, subject to approval by the court, __Plaintiffs Blue Chip III, LLC__ substitutes
(Party (s) Name)

__Edward Susolik__, State Bar No. __151081__ as counsel of record in
(Name of New Attorney)

place of __Mark Lerner of Lerner & McDonald__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

 Firm Name:    Callahan & Blaine, APLC
 Address:     3 Hutton Centre Drive, Ninth Floor, Santa Ana, CA 92707
 Telephone:    (714) 241-4444    Facsimile (714) 241-4445
 E-Mail (Optional):  es@callahan-law.com

I consent to the above substitution.
Date: 9/14/2015

_STUART J. LERNER ON BEHALF OF BLUE CHIP III, LL_
(Signature of Party (s))

I consent to being substituted.
Date: 9/14/2015

_MARK G. LERNER_
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 9/14/2015

_[signature]_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 9/21/15

_Susan Illston_
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]