AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern District of California

L&M Ventures, LLC, et al.
             Plaintiff(s),

V.

Travelers Casualty & Surety Company of America
             Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:10-cv-05764-SI

Notice is hereby given that, subject to approval by the court, Plaintiffs L&M Ventures, LLC (Party(s) Name) substitutes Edward Susolik (Name of New Attorney), State Bar No. 151081 as counsel of record in place of Mark Lerner of Lerner & McDonald (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

- Firm Name: Callahan & Blaine, APLC
- Address: 3 Hutton Centre Drive, Ninth Floor, Santa Ana, CA 92707
- Telephone: (714) 241-4444     Facsimile: (714) 241-4445
- E-Mail (Optional): es@callahan-law.com

I consent to the above substitution.
Date: 9/14/2015
STUART J. LERNER - MANAGING MEMBER of L&M VENTURES
(Signature of Party(s))

I consent to being substituted.
Date: 9/14/2015
MARK G. LERNER
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 9/14/2015
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: 9/21/15
Susan Illston
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]