AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

|  Northern | District of | California |

L&M Ventures, LLC, et al.

          Plaintiff (s),

V.

Travelers Casualty & Surety Company of America

          Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER:   3:10-cv-05764-SI

Notice is hereby given that, subject to approval by the court,   __Plaintiffs Stuart Lerner__   substitutes
                                                               (Party (s) Name)

__Edward Susolik__   , State Bar No.   __151081__   as counsel of record in
          (Name of New Attorney)

place of   __Mark Lerner of Lerner & McDonald__
                        (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:   Callahan & Blaine, APLC

Address:   3 Hutton Centre Drive, Ninth Floor, Santa Ana, CA 92707

Telephone:   (714) 241-4444   Facsimile   (714) 241-4445

E-Mail (Optional):   es@callahan-law.com

I consent to the above substitution.

Date:   9/14/2015

ON BEHALF OF STUART J. LERNER
(Signature of Party (s))

I consent to being substituted.

Date:   9/14/2015

MARK G. LERNER
(Signature of Former Attorney (s))

I consent to the above substitution.

Date:   9/14/2015

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   9/21/15

Susan Illston
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]