CALLAHAN & BLAINE
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
FAX: (714) 241-4445

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L&M VENTURES, LLC, a California Limited Liability Company; STUART LERNER, an individual; BLUE CHIP III, LLC, a Mississippi Limited Liability Company; BLUE CHIP II, LLC, a Mississippi Limited Liability Company; and BLUE CHIP RECYCLING, LLC, a California Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, a Connecticut Corporation; LIPSCOMB & PITTS INSURANCE AGENCY, LLC, a Delaware Limited Liability Company; and DOES 1 to 500, inclusive,<br><br>Defendants. | **CASE NO. 3:10-cv-05764-SI**<br><br>Assigned to Hon. Susan Illston<br><br>**[PROPOSED] ORDER EXTENDING THE TIME FOR EXPERT WITNESS DISCLOSURES AND EXPERT DISCOVERY**<br><br>Complaint Filed: December 17, 2010<br>Trial Date: May 23, 2016 |

TO ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

Having considered plaintiffs L&M VENTURES, LLC; STUART LERNER; BLUE CHIP III, LLC; BLUE CHIP II, LLC; and BLUE CHIP RECYCLING, LLC's *ex parte* application for an order extending the time set forth in the Court's Amended Pretrial Order, dated September 9, 2015, Dkt. 78 (the "Scheduling Order"), for expert witness disclosures and expert discovery, IT IS HEREBY ORDERED that the Scheduling Order is amended as follows:

- Expert witness initial disclosures extended from October 30, 2015, to November 30, 2015;
- Expert witness rebuttal disclosures extended from November 16, 2015, to December 16, 2015;
- Expert discovery cut-off extended from December 11, 2015, to January 11, 2016.

Dated:  November 11/17 2015

**UNITED STATES DISTRICT COURT**

By: _____/s/ Susan Illston_____
Hon. Susan Illston

```
Dispositive motions shall be filed by 2/19/16, oppositions shall be filed by
3/4/16, and replies shall be filed by 3/11/16.  Motion hearing cutoff date is
3/25/16 at 9 a.m.
```

Submitted by:

**CALLAHAN & BLAINE, APLC**
Edward Susolik (Bar No. 151081)
ES@callahan-law.com
Richard T. Collins (Bar No. 166577)
Rcollins@callahan-law.com
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Telephone: (714) 241-4444
Facsimile: (714) 241-4445

Attorneys for Plaintiffs, L&M VENTURES, LLC; STUART LERNER; BLUE CHIP III, LLC; BLUE CHIP II, LLC; and BLUE CHIP RECYCLING, LLC