# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L&M VENTURES LLC ET AL, | No. C 10-05764 SI |
| Plaintiff, | **SECOND PRETRIAL PREPARATION ORDER** |
| v. | |
| TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA ET AL, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is February 29, 2016.

EXPERT DISCOVERY CUTOFF is March 15, 2016.

DISPOSITIVE MOTIONS **SHALL** be filed by April 2, 2016;

Opp. Due April 15, 2016; Reply Due April 22, 2016;

and set for hearing no later than May 6, 2016 at 9:00 AM.

PRETRIAL CONFERENCE DATE: August 16, 2016 at 3:30 PM.

JURY TRIAL DATE: August 29, 2016 at 8:30 AM, Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Private mediation shall occur by 5/20/16. Counsel shall inform the Court of the mediator selected and when the session will occur.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 12/21/15

SUSAN ILLSTON
United States District Judge