**CALLAHAN & BLAINE, APLC**
Edward Susolik, Esq. (SBN 151081)
ES@callahan-law.com
Richard T. Collins, Esq. (SBN 166577)
RCollins@callahan-law.com
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Telephone: (714) 241-4444
Facsimile: (714) 241-4445

Attorneys for Plaintiffs, L&M VENTURES, LLC, STUART LERNER; BLUE CHIP III, LLC; BLUE CHIP II, LLC; and BLUE CHIP RECYCLING, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L&M VENTURES, LLC, a California Limited Liability Company; STUART LERNER, an individual; BLUE CHIP III, LLC, a Mississippi Limited Liability Company; BLUE CHIP II, LLC, a Mississippi Limited Liability Company; and BLUE CHIP RECYCLING, LLC, a California Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, a Connecticut Corporation; LIPSCOMB & PITTS INSURANCE AGENCY, LLC, a Delaware Limited Liability Company; and DOES 1 to 500, inclusive,<br><br>Defendants. | **CASE NO. 3:10-cv-05764-SI**<br><br>**STIPULATION RE FURTHER AMENDMENT OF SECOND PRETRIAL PREPARATION ORDER**<br><br>Assigned to: Hon. Susan Illston<br><br>Complaint Filed: December 17, 2010<br>Trial Date: August 29, 2016 |

Plaintiffs, L&M VENTURES, LLC, a California Limited Liability Company ("L&M"); STUART LERNER, an individual ("Lerner"); BLUE CHIP III, LLC ("BC-3"), Blue Chip II, LLC, a Mississippi limited liability company ("BC II"); Blue Chip Recycling, LLC, a California limited liability company ("BCR"), Defendant TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA ("Travelers"), and Defendant LIPSCOMB & PITTS INSURANCE AGENCY, LLC

STIPULATION RE FURTHER AMENDMENT OF PRETRIAL PREPARATION ORDER

("Lipscomb"), by and through their attorneys of record, stipulate as follows:

1. The Court's Pretrial Preparation Order of September 9, 2015, provided for the following relevant deadlines and cut-off dates:

    a. Expert witness initial disclosures: October 30, 2015;

    b. Expert witness rebuttal disclosures: November 16, 2015;

    c. Expert discovery cut-off: December 11, 2015;

    d. Non-Expert discovery cutoff: December 11, 2015;

    e. Dispositive motion filing deadline: January 15, 2016;

    f. Dispositive motion opposition filing deadline: January 29, 2016;

    g. Dispositive motion reply filing deadline: February 5, 2016; and

    h. Dispositive motion hearing cut-off: February 29, 2016.

2. Following the parties unsuccessful mediation with Janet R. Fields, Esq. of Judicate West, on August 20, 2015, the Court, on September 11, 2015, ordered the parties to resume mediation in February 2016.

3. Upon plaintiffs' *ex parte* application, the Court, on November 17, 2015, issued an Order Extending the Time for Expert Witness Disclosures and Expert Discovery that amended the following dates:

    a. Expert witness initial disclosures are extended from October 30, 2015, to November 30, 2015;

    b. Expert witness rebuttal disclosures are extended from November 16, 2015, to December 16, 2015;

    c. Expert discovery cut-off is extended from December 11, 2015, to January 11, 2016.

4. After the further case management conference was held in this action on December 18, 2015, and pursuant to the parties' request for an extension of certain deadlines in the Court's Pretrial Preparation Order, the Court entered a Second Pretrial Preparation Order on December 21, 2015 and continued the deadlines and dates in this action as follows:

      a.    Non-Expert deposition cutoff: February 29, 2016;

      b.    Expert discovery cut-off: March 15, 2016;

      c.    Dispositive motion filing deadline: April 2, 2016;

      d.    Dispositive motion opposition filing deadline: April 15, 2016;

      e.    Dispositive motion reply filing deadline: April 22, 2016;

      f.    Dispositive motion hearing cut-off: May 6, 2016; and

      g.    Pretrial conference: August 16, 2016.

      h.    Trial: August 29, 2016 at 8:30 a.m.

5.    The parties have exchanged written discovery, produced substantial documentation in response to requests for production, and deposed a majority of the parties' witnesses.

6.    On February 18, 2016, after the parties participated in a lengthy second mediation with mediator Robert Kaplan, Esq. of Judicate West, Mr. Kaplan issued a settlement proposal to the parties. The parties have been provided with two weeks to respond to the settlement proposal due to the number of parties and complexity of issues involved in this action.

7.    In order to provide the parties with sufficient time to (a) evaluate and respond to Mr. Kaplan's mediator's proposal, and (b) complete discovery, expert discovery, and accordingly file dispositive motions, and pursuant to the parties' request for an extension of certain deadlines in the Court's Pretrial Preparation Order, the Court entered an Order on the parties' Stipulation re Amendment of Second Pretrial Preparation Order on February 22, 2016 and continued the deadlines and dates in this action as follows:

      a.    Non-Expert deposition cutoff: March 28, 2016;

      b.    Expert discovery cut-off: April 12, 2016;

      c.    Dispositive motion filing deadline: April 29, 2016;

      d.    Dispositive motion opposition filing deadline: May 13, 2016;

      e.    Dispositive motion reply filing deadline: May 20, 2016;

STIPULATION RE FURTHER AMENDMENT OF SECOND PRETRIAL
PREPARATION ORDER

   f. Dispositive motion hearing cut-off: June 3, 2016.

8. Due to the complexity of issues in this case, the parties extended the deadline to respond to Mr. Kaplan's settlement proposal to March 18, 2016.

9. At this time, Mr. Kaplan continues to discuss settlement proposals with the parties. Nevertheless, the parties will proceed with completing discovery while such discussions are underway. As a result, the parties require additional time to complete discovery, expert discovery, and file dispositive motions. Accordingly, the parties agree that there is good cause to further amend the Second Pretrial Preparation Order to extend the deadlines and cut-offs as follows:

   a. Non-Expert deposition cutoff: April 29, 2016;
   b. Expert discovery cut-off: May 13, 2016;
   c. Dispositive motion filing deadline: May 27, 2016;
   d. Dispositive motion opposition filing deadline: June 10, 2016;
   e. Dispositive motion reply filing deadline: June 17, 2016;
   f. Dispositive motion hearing cut-off: July 8, 2016.

10. This stipulation may be signed in counterparts and electronic, photocopy and facsimile signatures will suffice as though they were original signatures.

Dated: March 24, 2016   **CALLAHAN & BLAINE, APLC**

By: /s/ Edward Susolik
Edward Susolik, Esq.
Richard T. Collins, Esq.
Attorneys for Plaintiffs, L&M VENTURES, LLC, STUART LERNER; BLUE CHIP III, LLC; BLUE CHIP II, LLC; and BLUE CHIP RECYCLING, LLC

- 4 -

**STIPULATION RE FURTHER AMENDMENT OF SECOND PRETRIAL PREPARATION ORDER**

Dated: March 24, 2016          **LITCHFIELD CAVO, LLP**

By: /s/ G. David Rubin
G. David Rubin, Esq.
Talar Tavlian, Esq.
Attorneys for Defendant, TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA

Dated: March 24, 2016          **GOFFSTEIN, RASKAS, POMERANTZ, KRAUS & SHERMAN, LLC**

By: /s/Sanford Goffstein
Sanford Goffstein, Esq.
Attorneys for Defendant, LIPSCOMB & PITTS INSURANCE AGENCY, LLC

**IT IS SO ORDERED.**

Dated: __March 25,_____, 2016  By: _____
HONORABLE SUSAN ILLSTON
United States District Court Judge

- 5 -
**STIPULATION RE FURTHER AMENDMENT OF SECOND PRETRIAL PREPARATION ORDER**