**CALLAHAN & BLAINE, APLC**
Edward Susolik, Esq. (SBN 151081)
ES@callahan-law.com
Richard T. Collins, Esq. (SBN 166577)
RCollins@callahan-law.com
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Telephone: (714) 241-4444
Facsimile: (714) 241-4445

Attorneys for Plaintiffs, L&M VENTURES, LLC,
STUART LERNER; BLUE CHIP III, LLC; BLUE CHIP
II, LLC; and BLUE CHIP RECYCLING, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L&M VENTURES, LLC, a California Limited Liability Company; STUART LERNER, an individual; BLUE CHIP III, LLC, a Mississippi Limited Liability Company; BLUE CHIP II, LLC, a Mississippi Limited Liability Company; and BLUE CHIP RECYCLING, LLC, a California Limited Liability Company, <br><br> Plaintiffs, <br><br> v. <br><br> TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, a Connecticut Corporation; LIPSCOMB & PITTS INSURANCE AGENCY, LLC, a Delaware Limited Liability Company; and DOES 1 to 500, inclusive, <br><br> Defendants. | **CASE NO.  3:10-cv-05764-SI** <br><br> **STIPULATION RE FURTHER AMENDMENT OF SECOND PRETRIAL PREPARATION ORDER AND CONTINUANCE OF TRIAL** <br><br> Assigned to:  Hon. Susan Illston <br><br> Complaint Filed:   December 17, 2010 <br> Trial Date:             August 29, 2016 |

Plaintiffs, L&M VENTURES, LLC, a California Limited Liability Company ("L&M"), STUART LERNER, an individual ("Lerner"); BLUE CHIP III, LLC ("BC-3"), Blue Chip II, LLC, a Mississippi limited liability company ("BC II") and Blue Chip Recycling, LLC, a California limited liability company ("BCR"), Defendant TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA ("Travelers"), and Defendant LIPSCOMB & PITTS INSURANCE AGENCY, LLC

**STIPULATION RE FURTHER AMENDMENT OF PRETRIAL PREPARATION ORDER**

("Lipscomb"), by and through their attorneys of record, stipulate as follows:

1. The Court's Pretrial Preparation Order of September 9, 2015, provided for the following relevant deadlines and cut-off dates:

    a. Expert witness initial disclosures:  October 30, 2015;

    b. Expert witness rebuttal disclosures:  November 16, 2015;

    c. Expert discovery cut-off:  December 11, 2015;

    d. Non-Expert discovery cutoff:  December 11, 2015;

    e. Dispositive motion filing deadline:  January 15, 2016;

    f. Dispositive motion opposition filing deadline:  January 29, 2016;

    g. Dispositive motion reply filing deadline:  February 5, 2016; and

    h. Dispositive motion hearing cut-off:  February 29, 2016.

2. Following the parties unsuccessful mediation with Janet R. Fields, Esq. of Judicate West, on August 20, 2015, the Court, on September 11, 2015, ordered the parties to resume mediation in February 2016.

3. After the further case management conference was held in this action on December 18, 2015, and pursuant to the parties' request for an extension of certain deadlines in the Court's Pretrial Preparation Order, the Court entered a Second Pretrial Preparation Order on December 21, 2015 and continued the deadlines and dates in this action as follows:

    a. Non-Expert deposition cutoff:  February 29, 2016;

    b. Expert discovery cut-off:  March 15, 2016;

    c. Dispositive motion filing deadline:  April 2, 2016;

    d. Dispositive motion opposition filing deadline:  April 15, 2016;

    e. Dispositive motion reply filing deadline:  April 22, 2016;

    f. Dispositive motion hearing cut-off:  May 6, 2016; and

    g. Pretrial conference:  August 16, 2016.

    h. Trial: August 29, 2016 at 8:30 a.m.

4. The parties have exchanged written discovery, produced substantial

documentation in response to requests for production, and deposed a majority of the parties' witnesses.

5. On February 18, 2016, after the parties participated in a lengthy second mediation with mediator Robert Kaplan, Esq. of Judicate West, Mr. Kaplan issued a settlement proposal to the parties. The parties have been provided with two weeks to respond to the settlement proposal due to the number of parties and complexity of issues involved in this action.

6. In order to provide the parties with sufficient time to (a) evaluate and respond to Mr. Kaplan's mediator's proposal, and (b) complete discovery, expert discovery, and accordingly file dispositive motions, and pursuant to the parties' request for an extension of certain deadlines in the Court's Pretrial Preparation Order, the Court entered an Order on the parties' Stipulation re Amendment of Second Pretrial Preparation Order on February 22, 2016 and continued the deadlines and dates in this action.

7. Due to the complexity of issues in this case, the parties extended the deadline to respond to Mr. Kaplan's settlement proposal to March 18, 2016, and then beyond that date.

8. As a result of Mr. Kaplan's continued mediation efforts, the parties requested additional time to complete discovery, expert discovery, and file dispositive motions. The Court entered an Order on the parties' Stipulation re Amendment of Second Pretrial Preparation Order on March 28, 2016, and continued the deadlines and dates in this action as follows:

    a. Non-Expert deposition cutoff:  April 29, 2016;
    b. Expert discovery cut-off:  May 13, 2016;
    c. Dispositive motion filing deadline:  May 27, 2016;
    d. Dispositive motion opposition filing deadline:  June 10, 2016;
    e. Dispositive motion reply filing deadline:  June 17, 2016;
    f. Dispositive motion hearing cut-off:  July 8, 2016.

9. Following the parties' stipulation to amend the scheduling order, plaintiffs' counsel, Richard Collins, who has conducted all of the written discovery, and has attended all of the depositions and court appearances for plaintiffs, was scheduled for shoulder surgery on April 13, 2016. On April 5, 2016, Mr. Collins had a pre-operative surgical consult with his doctor, at which time his doctor imposed the following disability restrictions: "Off work for 2 weeks, then no air or long car travel for 4 weeks." A true and correct copy of Mr. Collins' disability certificate is attached as Exhibit A to this stipulation.

10. Of the remaining depositions, at least three of the witnesses are located in Memphis, Tennessee, one is in St. Louis, Missouri, one is in Kansas City, Kansas, and another is in Chicago, Illinois. Pursuant to the disability restrictions, Mr. Collins will be unable to travel to any of these depositions until after May 25, 2016, which is beyond the current discovery cut-off and only two days before the dispositive motion filing deadline.

11. The parties agree that Mr. Collins' disability is good cause for extending the cut-off dates and deadlines.

12. The parties agree that further good cause for extending the cut-off dates and deadlines can be found in Mr. Kaplan's ongoing mediation efforts.

13. The parties agree that extending the cut-off dates and deadlines will necessarily require continuance of the trial.

14. As a result of the foregoing, the parties require additional time to complete discovery, expert discovery, and file dispositive motions. Accordingly, the parties agree that there is good cause to further amend the Second Pretrial Preparation Order to extend the deadlines and cut-offs, and to continue the trial as follows:

    a. Non-Expert deposition cutoff: June 30, 2016;
    b. Expert discovery cut-off: July 15, 2016;
    c. Dispositive motion filing deadline: July 29, 2016;

- 4 -

**STIPULATION RE FURTHER AMENDMENT OF SECOND PRETRIAL PREPARATION ORDER**

1         d.      Dispositive motion opposition filing deadline:  August 12, 2016;

2         e.      Dispositive motion reply filing deadline:  August 19, 2016;

3         f.      Dispositive motion hearing cut-off:  September 9, 2016.

4         g.      Pretrial conference:  October 19, 2016, at 3:30 p.m.  The deadlines to comply with the Court's Pre-Trial Instructions [Docket #78-1] shall be calculated based upon this date.

7         h.      Trial:  October 31, 2016, at 8:30 a.m.

8     15.    This stipulation may be signed in counterparts and electronic, photocopy and facsimile signatures will suffice as though they were original signatures.

Dated:  April 11, 2016        **CALLAHAN & BLAINE, APLC**

By:  /s/ Richard T. Collins
Edward Susolik, Esq.
Richard T. Collins, Esq.
Attorneys for Plaintiffs, L&M VENTURES, LLC, STUART LERNER; BLUE CHIP III, LLC; BLUE CHIP II, LLC; and BLUE CHIP RECYCLING, LLC

Dated:  April 11, 2016        **LITCHFIELD CAVO, LLP**

By:  /s/ G. David Rubin
G. David Rubin, Esq.
Talar Tavlian, Esq.
Attorneys for Defendant, TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA

**STIPULATION RE FURTHER AMENDMENT OF SECOND PRETRIAL PREPARATION ORDER**

Dated: April 11, 2016

**GOFFSTEIN, RASKAS, POMERANTZ, KRAUS & SHERMAN, LLC**

By: /s/ Sanford Goffstein
Sanford Goffstein, Esq.
Attorneys for Defendant, LIPSCOMB & PITTS INSURANCE AGENCY, LLC

**IT IS SO ORDERED.**

Dated: 4/13, 2016   By: /s/ Susan Illston

HONORABLE SUSAN ILLSTON
United States District Court Judge

- 6 -

**STIPULATION RE FURTHER AMENDMENT OF SECOND PRETRIAL PREPARATION ORDER**

# PROOF OF SERVICE
## L&M VENTURES V. TRAVELERS CASUALTY, et al.,
## U.S.D.C. Case No. 3:10-cv-05764-SI

I am employed in the County of Orange, State of California. I am over the age of 18 years and am not a party to the within action; my business address is **3 Hutton Centre Drive, Ninth Floor, Santa Ana, California 92707**.

On April 11, 2016, I served the following document(s) described as

**STIPULATION RE FURTHER AMENDMENT OF SECOND PRETRIAL PREPARATION ORDER AND CONTINUANCE OF TRIAL**

on the interested parties in this action by placing: ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:

Please see attached "Service List".

☒ **BY ELECTRONIC MAIL:** I electronically filed such document with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet as listed below:

**Edward Daniel Vaisbort**   vaisbort@litchfieldcavo.com, james@litchfieldcavo.com

**G David Rubin**   rubin@litchfieldcavo.com

**John Carl Scholz**   jscholz@lernermcdonald.com, jleiman@lernermcdonald.com, lido14@verizon.net

**Julie A. Lemmer**   jlemmer@cresswell-law.com

**Ronald D. Echeguren**   recheguren@cresswell-law.com, dhartley@cresswell-law.com, drodgers@cresswell-law.com, mharvey@cresswell-law.com

**Sanford Goffstein**   sgoffstein@grlawstl.com

**Talar Tavlian**   tavlian@litchfieldcavo.com, gonzales@litchfieldcavo.com, harmon@litchfieldcavo.com

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on April 11, 2016, at Santa Ana, California.

*/s/ Maria Martinez*
Maria Martinez

- 7 -

**STIPULATION RE FURTHER AMENDMENT OF SECOND PRETRIAL PREPARATION ORDER**

# EXHIBIT A

**COMMUNITY ORTHOPEDIC MEDICAL GROUP**
*Orthopedic Specialists*

Jerald P. Waldman, M.D., Inc. ♦ Kent R. Adamson, M.D., Inc. ♦ Tom D. Thomas, M.D., Inc. ♦ Michael S. Marandola, M.D., Inc.
Kent S. Marangi, M.D., Inc. ♦ John R. Morris, M.D., Inc. ♦ Edmund S. Evangelista, M.D., Inc. ♦ Michael D. Burdi, M.D., Inc.
Stephen L. Tocci, M.D., Inc. ♦ Tiva Hanjan, M.D., Inc. ♦ Stephen T. Gardner, M.D., Inc. ♦ Charles L. Stewart, PA-C ♦ Jason W. Knott, PA-C
Amanda J. Shanklin, PA-C ♦ Scott A. Stephan, PA-C ♦ Ronan M. Donnelly, PA-C ♦ Valerie L. DeGregorio, PA-C

26401 Crown Valley Parkway, Suite 101 ♦ Mission Viejo, CA 92691-6350
Tel: (949) 348-4000 ♦ Fax: (949) 348-1263 ♦ Web: www.comg.com

## DISABILITY CERTIFICATE

**Patient Name:** Collins, Richard T                    **Date:** April 5, 2016

THE ABOVE IS UNDER MY CARE FOR AN ORTHOPEDIC CONDITION

**Diagnosis:**
M75.101 Tear of right rotator cuff, unspecified tear extent
M75.21 Right bicipital tenosynovitis

**RESTRICTIONS:**
Off work for 2 weeks, then no air or long car travel for 4 weeks.


Next Appointment Date:

*[signature]*

**Michael S. Marandola MD**


PLEASE EXCUSE ABSENCE NECESSITATED BY DOCTOR'S APPOINTMENT TODAY

ELECTRONIC DOCUMENT - DO NOT SCAN